IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DARAIN ATKINSON, )<br>)<br>Defendant. )<br>_____) | Cause No. 4:12-CR-00122-JAR |

## MOTION TO INTERRUPT SENTENCE

COMES NOW, Defendant Darain E. Atkinson ("Atkinson"), by and through his attorney, N. Scott Rosenblum, and hereby submits the following motion to interrupt sentence. In support thereof, Defendant states as follows:

1.  On September 25, 2012, Atkinson was sentenced to term of 96 months to be served in the Bureau of Prisons. Atkinson is currently incarcerated in FCI Memphis. His BOP # is 03350-031.

2.  Yesterday, Atkinson's mother passed away. Her death was unexpected as she was recently admitted into the hospital. Her condition started to deteriorate and it was expected she would not live very long after she was admitted.

3.  Upon learning of this development, Atkinson filled out paperwork and applied for a furlough from FCI Memphis. That furlough was denied, and his case managers indicated that his only recourse was to get an order from the Court. Thus, the instant motion presents the only option for Atkinson to attend his mother's funeral.

4.        The undersigned proposes that Atkinson's sentence be interrupted for one week, meaning that the week Atkinson is out would be tacked on to his sentence.  The undersigned's further proposes that Atkinson be surrendered to the custody of his wife, Mia Atkinson, who lives in Memphis, Tennessee.  Mrs. Atkinson would pick him up from FCI Memphis and deliver him back to FCI Memphis after the funeral is over.  It is anticipated that the funeral services will take place sometime early next week in the St. Louis/St. Charles area.

WHEREFORE, Defendant prays for the requested relief, and for such other and further relief that the Court deems just and proper.

Dated: May 8, 2015.

>                                Respectfully submitted,
>
>                                ROSENBLUM, SCHWARTZ, ROGERS &
>                                GLASS, PC
>
> By:    /s/N. Scott Rosenblum
>        N. SCOTT ROSENBLUM, #33390MO
>        120 S. Central Avenue, Suite 130
>        St. Louis, MO 63105
>        Telephone: (314) 862-4332
>        Facsimile: (314) 862-8050
>        E-mail:  srosenblum@rsrglaw.com
>
>        *Attorney for Defendant, Darain Atkinson*

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:12-CR-00122-JAR |
| ) | |
| DARAIN ATKINSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system this 8th day of May, 2015, to the Office of the United States Attorney:

**Motion to Interrupt Sentence**

                                        ROSENBLUM, SCHWARTZ, ROGERS &
                                        GLASS, PC

By:   /s/N. Scott Rosenblum
          N. SCOTT ROSENBLUM, #33390MO
          120 S. Central Avenue, Suite 130
          St. Louis, MO 63105
          Telephone: (314) 862-4332
          Facsimile: (314) 862-8050
          E-mail:  srosenblum@rsrglaw.com

*Attorney for Defendant, Darain Atkinson*